LEADING PERFUMERS & CHEMISTS, Inc., Plaintiff-Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for Second District of New York, and James M. Dorany, Federal Prohibition Commissioner of the United States, Defendants-Appellees.

Circuit Court of Appeals, Second Circuit. December 3, 1928.

No. 64.

Lewis Landes, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (U. S. Grant, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.